### 29748. REED *v.* THE STATE.

GARDNER, J. The defendant was convicted under the Code, § 26-2001, of the offense of being a "Peeping Tom." The evidence was sufficient to sustain the verdict. The special ground of the motion for new trial complaining of the admission of evidence, is without merit, under the charge to the jury and under all the facts of the case. It would serve no good purpose to detail the evidence.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

*W. G. Neville,* for plaintiff in error.
*Fred T. Lanier, solicitor-general,* contra.